RECEIVED

JUN 2 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DIRECTV, Inc. | CIVIL ACTION 3-03-2180 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| KATHY LINGFELT | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law, I find that the record supports default judgment.

Therefore, IT IS ORDERED that default judgment is entered against defendant, KATHY LINGFELT, in the sum of $10,000 and costs in the amount of $191.20 and attorneys' fees in the amount of $2135.50 together with post judgment interest as allowed by law.

IT IS FURTHER ORDERED that defendant, Kathy Lingfelt, is permanently enjoined and prohibited form violating the Cable Communications Policy Act of 1984, 47 U. S. C. 605 et seq or 18 U. S. C. 2511.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 27 day of June 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE